**FILED**
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

Case 1:07-cv-01548
Assigned To  Unassigned
Assign. Date  08/30/2007
Description  ELLIOTT v UNITED STATES OF INTERIOR

CASE RE-ASSIGNED
TO: MAR  2008
FOIA / RJL

V.

UNITED STATES DEPARTMENT
OF THE INTERIOR
OFFICE OF THE SOLICITOR
WASHINGTON, D.C. 20240,
    Defendant.

## JUDICIAL REVIEW COMPLAINT

Plaintiff exhausted his administrative remedy under the F.O.I.A. <u>see attach</u>

The Deputy Regional Director and the F.O.I.A. Appeals Officer stated: "after a review of possible sources, the search revealed no responsive documents related to your request."

Plaintiff consider the letter to be a denial of his right to access pursuant to the F.O.I.A. to any U.S. Dep't of Interior, N.P.S. records and seek judicial review.

What records were searched, by whom, and through what process?

**RECEIVED**
AUG 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

April 19, 2007
RE: F.O.I.A. REQUEST

Dear F.O.I.A. Officer:

I request a "copy of all documents that provides the 'National Park Service' (NPS) has jurisdiction over 3696 Sellman Road Beltsville, MD. 20705 to enforce laws and regulations over this location."

Sincerely,
Damon Elliott



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO

MAY 3 1 2007

A7221 (NCR–RCO)

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Florida 33521

Dear Sir:

This responds to your Freedom of Information Act (FOIA) letter dated April 19, 2007, and received by the National Park Service (NPS) FOIA Officer on May 16, 2007. In your request you sought "a copy of all documents that provides the 'National Park Service' (NPS) has jurisdiction over 3696 Sellman Road, Beltvillle, MD 20705 to enforce laws and regulations over this location."

The FOIA, 5 U.S.C. § 522, generally provides that the Government shall make documents available to the public for inspection and copying to the widest extent possible. Certain classes of documents, however, may be exempt. The FOIA does not require that new records be created in response to a request and only applies to records in existence at the time of the request.

Your FOIA request was referred to National Capital Parks-East, a unit of the National Capital Region of the National Park Service and the National Capital Region's Division of Lands, Resources and Planning. After a review of possible sources, the search revealed no responsive documents relative to your request.

Under FOIA, you have the right to appeal this determination within 30 days of the date of this letter (Saturday, Sunday, and public holidays excepted) under the procedures found at 43 C.F.R. 2.30, a copy of which is enclosed for your reference.

Address your appeal, clearly marked "Freedom of Information Act Appeal," to the Freedom of Information Act Appeals Officer, U.S. Department of the Interior, 1849 C Street, NW, Mail Stop 7456, Washington, D.C. 20240. If you believe that responsive documents exist, please provide any information you may have which leads you to believe that such records exist, including where they might be found if the location is known to you.



If you have any questions regarding this FOIA response, or any of the issues discussed in this letter, you may contact FOIA Officer, William Line, via phone at (202) 619-7177.

Sincerely,

*Lisa A Mendelson-Ielmini*

Deputy Regional Director, National Capital Region

Enclosure

Damon Elliott 31034-037
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX. 77720

June 27, 2007
RE: F.O.I.A. APPEAL

Dear Appeals Officer:

I don't believe responsive documents exist, and I'm unaware of any information which may leads to such records existing concerning my request for records over "3696 Sellman Road Beltsville, Md. 20705,"

This is the sole purpose of my appeal for your office to research/investigate and confirm.

Sincerely,
Damon Elliott




# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

TAKE PRIDE
IN AMERICA

IN REPLY REFER TO
FOIA Appeal No. 2007-147

Damon Elliott (31034-037)
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

JUL 2 0 2007

Dear Mr. Elliott:

This responds to the June 27, 2007, Freedom of Information Act ("FOIA") appeal ("appeal") that you filed with the Department of the Interior ("Department"), which was received on July 3, 2007. The Department has assigned your appeal as **Appeal Number 2007-147**. Please cite this number in any future correspondence you send to the Department regarding this appeal.

Your appeal concerns an April 19, 2007, FOIA request that you submitted to the National Park Service ("NPS") seeking "a 'copy of all documents that provides the [NPS] has jurisdiction over 3696 Sellman Road Beltsville, MD 20705 to enforce laws and regulations over this location.'" In response to your FOIA request, the NPS advised you that "[a]fter a review of possible sources, the search revealed no responsive documents relative to your request." You timely filed the instant appeal and state the following:

> I don't believe responsive documents exist, and I'm unaware of any information which may leads (sic) to such records existing concerning my request for records of '3696 Sellman Road Beltsville, Md. 20705.'
>
> This is the sole purpose of my appeal for your office to research/investigate and confirm.

However, please be aware that the "FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters." *Dale v. IRS*, 238 F. Supp. 2d 99, 105 (D.D.C. 2002). Therefore, the Department declines your offer to perform research or conduct an investigation for you.

As for the portion of your appeal that seeks to have the Department "confirm" that the NPS's search did not reveal any documents that are responsive to your FOIA request, the Department notes that you have not provided it with any information that calls into question the NPS's determination on this matter. Therefore, your appeal is denied.

This completes the Department's response to your appeal. You have a right to seek judicial review of this decision under *5 U.S.C. § 552(a)(4)(B)*.

If you have any questions, you may call me at (202) 208-5339.

Sincerely,

Darrell R. Strayhorn
FOIA Appeals Officer
Department of the Interior

cc: Diane Cooke, FOIA Officer, NPS