UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,

   Plaintiff,

FILED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.   Cv. Act. No. 07-1548 (RJL)

UNITED STATES
DEPARTMENT OF INTERIOR,

   Defendant.

## MOTION FOR SUMMARY JUDGMENT F.R.Cv.P. 56(a).

The defendant fail to response to plaintiff F.O.I.A. Request in this action.

The defendant allegation was plaintiff committed a federal crime at the address: "3696 Sellman Road Beltsville, Maryland" in January of 1997. See Cr. No. 97-053 (P.J.M.).

In plaintiff's request he sought "a copy of all documents that provides the 'defendant' has jurisdiction over 3696 Sellman Road, Beltsville, Md. 20705 to enforce laws and regulations over this location."

4