UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DAMON ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1548 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL ORDER

The Court provisionally authorized the filing of the above-captioned action on August 30, 2007. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, although plaintiff has filed a motion for summary judgment, he has not submitted the required trust fund account information.

Accordingly, it is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. #2] and motion for summary judgment are DENIED WITHOUT PREJUDICE. It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff" failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

Date: December 26, 2007

/s/ Reggie B. Walton
United States District Judge