1-14-08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

v.    Civil Action No. 07-1548 (JDB)

UNITED STATES
DEPARTMENT OF THE INTERIOR,
    Defendant.

RECEIVED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR RECONSIDERATION

On January 11, 2008, the Court informed plaintiff that this Civil Action is Dismissed without prejudice for failure to comply with the requirements of the P.L.R.A. 28 USC §1915.

Plaintiff request the Court to Reconsider and open this Civil Action and allow him an additional (30) days to submit the required certified copy of his prison trust fund account statement for the six months period immediately proceeding the filing of this complaint, because

the institution had at least 3-4 lock-down since the filing of this complaint.

Plaintiff was lock-down (S.H.U.) on 10-31-07, and again on 12-31-07 and remain in (S.H.U.) as of the date of this Motion, and he didn't receive notification for the necessary Account Statement from the Court.

Sincerely,
Damon Elliott