UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF THE INTERIOR,
OFFICE OF THE SOLICITOR
WASHINGTON, D.C. 20240,
    Defendant.

## JUDICIAL REVIEW COMPLAINT

Plaintiff exhausted his administrative remedies under the Freedom Of Information Act (F.O.I.A.).

The Deputy Regional Director and the F.O.I.A. Appeals Officer stated: "after a review of possible sources, the search revealed no responsive documents related to your request."

Plaintiff consider the letter to be a denial of his right to access pursuant to the F.O.I.A. to any U.S. Dept of Interior, N.P.S. records and seek judicial review.