UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Damon Elliott, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1548 RJL |
| ) | |
| United States Department of the Interior, ) | |
| ) | |
| Defendant. ) | |

ORDER

In light of plaintiff's submission of his financial statement in compliance with 28 U.S.C. § 1915, it is

ORDERED that plaintiff's motion to reconsider the dismissal order [Dkt. No. 6] is GRANTED; it is

FURTHER ORDERED that the Order of dismissal filed on January 11, 2008 [Dkt. No. 5] is VACATED; and it is

FURTHER ORDERED that the Clerk shall randomly assign this Freedom of Information Act case to a district judge for further proceedings. A separate Order assessing an initial partial filing fee and granting plaintiff's application to proceed *in forma pauperis* will issue contemporaneously.

/s/ Rosemary M. Collyer
United States District Judge

Date: March 25, 2008