# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMON ELLIOTT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.  07-1548 RJL |
| v | ) | |
| | ) | |
| DEPARTMENT OF INTERIOR | ) | |
| Defendant | | |

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on March 26, 2008 from Unassigned (9098) to Judge Leon because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge Leon
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical