**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DAMON ELLIOT**<br>**# 31034-037**<br>**U.S. Penitentiary-Beaumont**<br>**P.O. Box 26030**<br>**Beaumont, TX 77720**<br><br>            **Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT**<br>**OF THE INTERIOR**<br>**Office of the Solicitor**<br>**Washington, D.C. 20240**<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1548 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record in the above-captioned case.

Respectfully submitted,

           /s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C.  20530
Phone: (202) 514-7224

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

DAMON ELLIOT
# 31034-037
U.S. Penitentiary-Beaumont
P.O. Box 26030
Beaumont, TX 77720

on this _____ day of April, 2008.

    /s/
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C. 20530
Phone: (202) 514-7224