UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31634-037
    plaintiff,

V.

U.S. DEPARTMENT
OF THE INTERIOR,
    Defendant.

Civil No. 07-1548 -RJL

RECEIVED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR DOCUMENTS

Plaintiff request under the F.O.I.A a copy of all documents that provides the National Park Services (N.P.S.) has jurisdiction over "3696 Sellman Road Beltsville, Maryland 20705" to enforce laws and regulations over this location.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail postage prepaid addressed to:

Wyneva Johnson
Assistant U.S. Attorney
555 4th St. N.W. Rm E4106
Washington, DC 20530

On this May 16, 2008 date.

Damon Elliott
P.O. Box 26030
Beaumont, TX 77720