records because it is the operating unit with oversight over national parks in the greater Washington, D.C. area. As plaintiff's FOIA request regarded NPS jurisdiction over a specific parcel of land, Joseph Cook, a Lands Records Specialist searched for responsive records at the NCR's Office of Land Resources and Planning. Janet Braxton searched for responsive records at NCR's National Capital Parks - East office. In addition, the U.S. Park Police's FOIA officer confirmed that there were no responsive records in its files. Joseph Cook confirmed that the address for which plaintiff sought records is not and has never been the property over which the National Park Service has any jurisdiction. There are no other offices that are likely to possess responsive records. Line Decl., ¶ 4.

5.  On July 3, 2007, defendant received a letter, dated June 27, 2007, from the plaintiff, Damon Elliott, appealing the May 31, 2007, response by the NPS to his April 19, 2007, FOIA request. The appeal is assigned as FOIA Appeal Number 2007-147. See Declaration of Darrell Strayhorn, (Strayhorn Decl.), ¶ 3.

5.  Plaintiff timely appealed the NPS response. In his letter of appeal, plaintiff acknowledged that he "[does]n't believe responsive documents exist," and that the "sole purpose" of his appeal was to have the FOIA Appeals Office "research/investigate and confirm" the fact that no records existed. Strayhorn Decl., ¶ 4; see also (Appeal Letter of June 27, 2007, Attachment A).

6.  On July 20, 2007, Darrell Strayhorn responded by letter to Mr. Elliott's appeal, explaining that FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters, and declining to perform research or conduct an investigation. Strayhorn Decl., ¶ 5.

7.  Plaintiff's FOIA appeal was denied because plaintiff had not provided the Department with any information that called into question the NPS's determination that no responsive documents existed. Strayhorn Decl., ¶ 6; see also (Appeal Response Letter, Attachment B).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,            )
                          )
    Plaintiff,            )
                          )  Civil Action No. 07-1548 (RJL)
    v.                    )
                          )
NATIONAL PARK SERVICE,    )
                          )
    Defendant.            )
                          )
_____)

DECLARATION OF WILLIAM LINE

I, William Line, declare as follows:

1. I have been employed by the National Park Service (NPS), United States Department of the Interior (Department) for the past six and one half years. I am currently the Communications, Freedom of Information Act (FOIA) and Tourism Officer for the NPS's National Capital Region (NCR). I have held this position since October 2001.

2. In my capacity as FOIA officer for the NCR, I am responsible for coordinating and responding to FOIA requests seeking information that resides in NCR offices.

3. The Department operates a decentralized FOIA program, in which the various bureaus, activities, and agency components separately process and respond to FOIA requests addressed to them. As part of my official duties, I was responsible for responding to the April 19, 2007 FOIA request of Damian Elliott that sought:

> *a copy of all documents that provides* [sic] *the National Park Service has jurisdiction over 3696 Sellman Road, Beltsville, MD 20705 to enforce laws and regulations over this location.*

See FOIA request, dated April 19, 2007, Attachment 1.

4. I was responsible for coordinating the search for records responsive to Mr. Elliott's request. Under my guidance, NPS employees searched agency records, both manually and by automated means, for the purpose of locating responsive records. During this search, NPS searched all the offices that were likely possessors of documents responsive to plaintiff's request. The National Capital Regional Office was searched for responsive records because it is the operating unit with oversight over national parks in the greater D.C. area. Because the request regarded NPS jurisdiction over a specific parcel of land, Joseph Cook, a Lands Records Specialist searched for responsive records at the NCR's Office of Land Resources and Planning. Because the address Mr. Elliott provided is in Prince George's County, Janet Braxton searched for responsive records at NCR's National Capital Parks - East office. Finally, at my request, the U.S. Park Police's FOIA officer confirmed that there were no responsive records in its files. Furthermore, Joseph Cook confirmed that the address for which plaintiff sought records is not and has never been the property over which the National Park Service has any jurisdiction. There are no other offices that are likely to possess responsive records.

5. This search was conducted in good faith and was reasonably calculated to uncover all relevant documents.

6.  No responsive records were located, and on May 31, 2007, I sent a response to Mr. Elliott informing him of this fact and of his right under FOIA to appeal this determination. See Response Letter, dated May 31, 2007, Attachment 2.

7.  On April 16, 2008, I received a message from the Department's Office of the Solicitor informing me that Mr. Elliott was suing NPS, asserting the inadequacy of our search for records responsive to his request.

8.  All information herein is based upon my personal knowledge and/or experience and/or my personal review of plaintiff's FOIA request and/or upon information furnished to me in my official capacity.

9.  In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May, 2008.

William Line
National Park Service
Department of the Interior

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

April 19, 2007
RE: F.O.I.A. REQUEST

Dear F.O.I.A. Officer:

I request a "copy of all documents that provides the 'National Park Service' (NPS) has jurisdiction over 3696 Sellman Road Beltsville, MD. 20705 to enforce laws and regulations over this location."

Sincerely,
Damon Elliott

Attachment 2



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO

MAY 3 1 2007

A7221 (NCR-RCO)

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Florida 33521

Dear Sir:

This responds to your Freedom of Information Act (FOIA) letter dated April 19, 2007, and received by the National Park Service (NPS) FOIA Officer on May 16, 2007. In your request you sought "a copy of all documents that provides the 'National Park Service' (NPS) has jurisdiction over 3696 Sellman Road, Beltvillle, MD 20705 to enforce laws and regulations over this location."

The FOIA, 5 U.S.C. § 522, generally provides that the Government shall make documents available to the public for inspection and copying to the widest extent possible. Certain classes of documents, however, may be exempt. The FOIA does not require that new records be created in response to a request and only applies to records in existence at the time of the request.

Your FOIA request was referred to National Capital Parks-East, a unit of the National Capital Region of the National Park Service and the National Capital Region's Division of Lands, Resources and Planning. After a review of possible sources, the search revealed no responsive documents relative to your request.

Under FOIA, you have the right to appeal this determination within 30 days of the date of this letter (Saturday, Sunday, and public holidays excepted) under the procedures found at 43 C.F.R. 2.30, a copy of which is enclosed for your reference.

Address your appeal, clearly marked "Freedom of Information Act Appeal," to the Freedom of Information Act Appeals Officer, U.S. Department of the Interior, 1849 C Street, NW, Mail Stop 7456, Washington, D.C. 20240. If you believe that responsive documents exist, please provide any information you may have which leads you to believe that such records exist, including where they might be found if the location is known to you.



If you have any questions regarding this FOIA response, or any of the issues discussed in this letter, you may contact FOIA Officer, William Line, via phone at (202) 619-7177.

Sincerely,

*Lisa A Mendelson-Ielmini*

Deputy Regional Director, National Capital Region

Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>  Defendant. | Civil Action No. 07-1548 (RJL) |

## DECLARATION OF DARRELL R. STRAYHORN

I, Darrell R. Strayhorn, hereby declare as follows:

1. I am the Freedom of Information Act ("FOIA") Appeals Officer at the Department of the Interior ("Department"). I have held this position since March 2005.

2. In my capacity as FOIA Appeals Officer, I determine whether to accept appeals filed with the Department under the FOIA for processing and, if the appeal is properly filed, the issues a FOIA requester is challenging in the FOIA appeal. As a result, I am familiar with the FOIA responses that have been appealed to the Department's FOIA Appeals Office, including plaintiff's FOIA appeal.

3. On July 3, 2007, I received a letter, dated June 27, 2007, from the plaintiff, Damon Elliott, appealing the May 31, 2007, response by the National Park Service (NPS) to his April 19, 2007, FOIA request. The appeal is assigned as FOIA Appeal Number 2007-147.

4. Mr. Elliott had timely appealed the NPS response. In his letter of appeal, Mr. Elliott acknowledged that he "[does]n't believe responsive documents exist," and that the "sole purpose" of his appeal was to have the FOIA Appeals Office "research/investigate and confirm" the fact that no records existed. See Appeal Letter of June 27, 2007, Attachment A.

5. On July 20, 2007, I responded by letter to Mr. Elliott's appeal, explaining that "'FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters.' *Dale v. IRS*, 238 F. Supp. 2d 99, 105 (D.D.C. 2002)," and declining to perform research or conduct an investigation.

6. In the same letter, I stated that because Mr. Elliot had not provided the Department with any information that called into question the NPS's determination that no responsive documents existed, his appeal was denied. See Appeal Response Letter, Attachment B.

7. All the information herein is based upon my personal knowledge and/or experience or upon information furnished to me in my official capacity.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2008.

Darrell R. Strayhorn
FOIA Appeals Officer
Department of the Interior

Damon Elliott 31034-037
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX. 77720

June 27, 2007
RE: F.O.I.A. APPEAL

Dear Appeals Officer:

I don't believe responsive documents exist, and I'm unaware of any information which may leads to such records existing concerning my request for records over "3696 Sellman Road Beltsville, Md. 20705."

This is the sole purpose of my appeal for your office to research/investigate and confirm.

Sincerely,
Damon Elliott

Attachment B



# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240



TAKE PRIDE
IN AMERICA

IN REPLY REFER TO
FOIA Appeal No. 2007-147

Damon Elliott (31034-037)
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

JUL 2 0 2007

Dear Mr. Elliott:

This responds to the June 27, 2007, Freedom of Information Act ("FOIA") appeal ("appeal") that you filed with the Department of the Interior ("Department"), which was received on July 3, 2007. The Department has assigned your appeal as **Appeal Number 2007-147.** Please cite this number in any future correspondence you send to the Department regarding this appeal.

Your appeal concerns an April 19, 2007, FOIA request that you submitted to the National Park Service ("NPS") seeking "a 'copy of all documents that provides the [NPS] has jurisdiction over 3696 Sellman Road Beltsville, MD 20705 to enforce laws and regulations over this location.'" In response to your FOIA request, the NPS advised you that "[a]fter a review of possible sources, the search revealed no responsive documents relative to your request." You timely filed the instant appeal and state the following:

> I don't believe responsive documents exist, and I'm unaware of any information which may leads (sic) to such records existing concerning my request for records of '3696 Sellman Road Beltsville, Md. 20705.'
>
> This is the sole purpose of my appeal for your office to research/investigate and confirm.

However, please be aware that the "FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters." *Dale v. IRS*, 238 F. Supp. 2d 99, 105 (D.D.C. 2002). Therefore, the Department declines your offer to perform research or conduct an investigation for you.

As for the portion of your appeal that seeks to have the Department "confirm" that the NPS's search did not reveal any documents that are responsive to your FOIA request, the Department notes that you have not provided it with any information that calls into question the NPS's determination on this matter. Therefore, your appeal is denied.

Attachment B

This completes the Department's response to your appeal. You have a right to seek judicial review of this decision under *5 U.S.C. § 552(a)(4)(B)*.

If you have any questions, you may call me at (202) 208-5339.

Sincerely,

Darrell R. Strayhorn
FOIA Appeals Officer
Department of the Interior

cc: Diane Cooke, FOIA Officer, NPS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOT** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF THE INTERIOR** )<br>)<br>**Defendant.** )<br>_____) | Civil Action No. 07-1548 (RJL) |

ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment. Upon consideration of the Motion, the opposition, the reply, and the entire record herein, it is by the Court this \_\_\_\_ day of _____, 2008 hereby

ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED that with respect to these, the above captioned matter is hereby DISMISSED WITH PREJUDICE.


SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE