RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT, 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

v.   Civil Action No. 07-1548 (RJL)

DEPARTMENT OF THE INTERIOR,
    Defendant.

## MOTION FOR COURT TO ORDER DEFENDANT TO PROVIDE A COPY OF ALL THIER MOTIONS INCLUDING SUMMARY JUDGMENT TO PLAINTIFF

Pursuant to Court Order dated June 17, 2008, the Court inform plaintiff to reply to defendant's summary judgment motion by July 18, 2008.

Plaintiff haven't receive any Motion[s] from Defendant.

### REMEDY

Plaintiff request the Court to use any available remedy[s] to ensure the Defendant provide him a copy of all its Motion's, including Summary Judgment because he haven't receive it.