UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT
    Plaintiff,

v.                          Civil Action No. 07-1548(RJL)

DEPARTMENT OF THE INTERIOR
    Defendant.

## SWORN AFFIDAVIT

Plaintiff exhausted his administrative remedies under the F.O.I.A., then filed this action in the District Court seeking injuctive relief and order requiring disclosure of the requested materials in accordance with 5 U.S.C § 552 (a)(3)(1970).

## F.O.I.A. REQUEST

In Plaintiff request, "he requested to purchase all documents that states: ' The United States Park Police ( a branch of Dep't of the Interior) hereinafter the Defendant may exercise

their authority to enforce laws and regulations over the property - location 3696 Sellman Road Beltsville, Md. 20705."

GENUINE ISSUE OF MATERIAL FACT ———
F.R.Cv.P. RULE 56(c) and RULE 56(e)
CRIMINAL FACTS
97-053 (PJM)

On or about February 13, 1997, Plaintiff was arrested by defendant for the accusation of committing a federal crime at the above location.

On or about August 26-28, 1997, in the U.S. District Court of Maryland, the Government Witness (Pamela Ann Cochran) testified that: "3696 Sellman Road is a property belonging to the U.S. Government."

On August 29, 1997, Plaintiff was found guilty, and on November 20, 1997, he was sentence to serve 189 months imprisonment.

## FACTUAL BACKGROUND

The Defendant claims that there was a no records determination in reference to Plaintiff

F.O.I.A. request, during initial administrative procedure process.

## ARGUMENTS

What records were searched, by whom, and through what process?

### NO. 2

If there is a no record determination, then the Court[s] shall enjoin and immediately release plaintiff from the Federal Custody and jurisdiction of United States of America (97-053 PJM) for lack of subject-matter jurisdiction.[1] F.R.Cv.P. 12(b)(1).

## CONCLUSION

In all fairness to Plaintiff, we must conclude with his perspective concerning property-location documents, if justice is to be done, if deems appropriate, appoint a special master to undertake an evaluation to determine whether the Defendant has properly characterized a no record determination.

---

[1] Fed. Rule of Evidence 201

## REMEDY

Use any available method to resolve the parties differing versions of the truth employed by the finder of fact, and making right the wrong done, by releasing plaintiff from the custody and jurisdiction of defendant.

# CERTIFICATE OF SERVICE

I, Damon Elliott hereby certify that I have served a true and correct copy of the following Sworn Affidavit by placing same in a sealed, postage prepaid envelope addressed to:

Wyneva Johnson
Assistant U.S. Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530

on this 3rd day of July 2008.

*Damon Elliott*
Damon Elliott 31034-037
U.S.P. P.O. Box 26030
Beaumont, Tx. 77720