## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1548 (RJL) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF THE INTERIOR | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant's Motion for Summary Judgment, filed on June 2, 2008 (Docket # 17), was inadvertently forwarded to an incorrect address for plaintiff. A copy of defendant's motion will be mailed by Express Mail to plaintiff on this date, July 15, 2008. Defendant regrets the inconvenience to the Court and plaintiff for the inadvertence. Defendant requests that plaintiff be provided additional time to respond to defendant's motion.

Respectfully submitted,

  /s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C.  20530
Phone: (202) 514-7224

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by Express Mail, postage prepaid to:

DAMON ELLIOT
# 31034-037
U.S. Penitentiary-Beaumont
P.O. Box 26030
Beaumont, TX 77720

on this _____ day of July, 2008.

      /s/
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C.  20530
Phone: (202) 514-7224