UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 07-1548 (RJL) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) |
|       Defendant. | ) |

## ORDER

Plaintiff states that he did not receive defendant's motion for summary judgment presumably because defendant's certificate of service states that the motion was mailed to an address different from the address of record. Accordingly, it is

ORDERED that plaintiff's motion for defendant to serve its dispositive motion [Dkt. No. 19] is GRANTED; it is

FURTHER ORDERED that defendant shall file an amended certificate of service within five (5) days from the filing date of this Order; and it is

FURTHER ORDERED that the time for plaintiff to respond to defendant's motion for summary judgment is ENLARGED. Plaintiff shall file his response by **August 15, 2008** or, as previously advised, the Court will treat the motion as conceded and, if the circumstances warrant, enter judgment for the defendant.

Date: July _____, 2008

RICHARD J. LEON
United States District Judge