07-1548 RJL

July 23, 2008

RE: CHANGE OF ADDRESS

Dear Clerk:

I don't have the document, but I have an open case[s] filed in this Court. Please make notice of change of address:

DAMON ELLIOTT
31034-037
U.S.P. Atwater
P.O. Box 019001
Atwater CA
95301

RECEIVED
JUL 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT