UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037

U.S.P. P.O. BOX 24550

TUCSON, ARIZONA 85756

    Plaintiff,

RECEIVED

AUG 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    V.    Civil Action No. 07-1548

UNITED STATES

DEPARTMENT OF THE INTERIOR,

    Defendant.

NOTICE OF ADDRESS CHANGE

Please make notice of Plaintiff new address to:

    DAMON ELLIOTT 31034-037

    U.S.P. TUCSON

    P.O. BOX 24550

    TUCSON, AZ 85756

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of plaintiff Notice of Address Change, placing same in a sealed postage prepaid envelope addressed to:

U.S. Attorney
Civil Divison
555 Fourth St. N.W.
Washington, D.C. 20534

on this 4th day of August 2008.

Damon Elliott 31034-037
U.S.P. Tucson
P.O. Box 24550
Tucson, AZ 85756