UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S.P. TUCSON
P.O. Box 24550
TUCSON, AZ. 85734,
    Plaintiff,

v.                Civil Action No. 07-1548 (RJL)

UNITED STATES
DEPARTMENT OF THE INTERIOR,
    Defendant.

## ADDRESS CHANGE

Please make notice of Plaintiff address
to: Damon Elliott 31034-037
    U.S.P. Tucson
    P.O. Box 24550
    Tucson, AZ. 85734

**RECEIVED**

AUG 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class, postage prepaid to:

Wyneva Johson
A. U.S.A. RME 4106
555 4th St. NW,
Washington DC 20530

on this 8th day of August 2008.

Damon Elliott
U.S.P. P.O. Box 24550
Tucson, AZ 85734