UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1548 (RJL) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

By Order of July 16, 2008, plaintiff was advised to respond to defendant's motion for summary judgment by August 15, 2008, or risk dismissal of the case. The docket reflects that plaintiff, a federal prisoner, filed an address change notice on July 23, 2008 and another on August 7, 2008. Because prison transfers may have impeded plaintiff's ability to file a response, the Court will enlarge the time one last time for him to respond to defendant's motion for summary judgment. Accordingly, it is

ORDERED that the time for plaintiff to respond to defendant's motion for summary judgment is ENLARGED. Plaintiff shall file his response to the motion by **October 7, 2008** or, as previously advised, the motion will be treated as conceded and the case may be dismissed.

Date: September 4th, 2008

_____
RICHARD J. LEON
United States District Judge